**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 30, 2015.**



_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| JAMES GANDY AND | § | CASE NO. 14-53018-CAG |
| CORINNE D. GANDY, | § | CHAPTER 7 |
| | § | |
| DEBTORS. | § | |

### ORDER DENYING DISCHARGE OF JAMES GANDY

James Gandy having filed a Waiver of Discharge and the Court having entered an Order Approving Waiver of Discharge pursuant to 11 U.S.C. § 727(a)(10),

IT IS HEREBY ORDERED THAT James Gandy's discharge is denied.

### ###

Agreed:

_____
H. ANTHONY HERVOL
Attorney for Debtor
Texas Bar No. 00784264
4414 Centerview Dr., Suite 200
San Antonio, TX 78228

Submitted by:

James W. Rose, Jr.
Trial Attorney for the United States Trustee
Texas Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax