**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 09, 2017.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES GANDY and | § | |
| CORINNE D. GANDY, | § | CASE NO. 14-53018-CAG |
| | § | |
| Debtors. | § | CHAPTER 7 |
| | § | |
| | § | |

### ORDER VACATING ORDER DISCHARGING JOINT DEBTOR ONLY (ECF NO. 160)

On this date came on to be considered the above-styled and numbered Chapter 13 case and, in particular, the Order Discharging Joint Debtor Only (ECF No. 160). The Court, having reviewed the file and record in the case, finds that Order was entered in error and should be vacated.

IT IS THEREFORE ORDERED that the Order Discharging Joint Debtor Only (ECF No. 160) is hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause notice of the entry of this Order to be served on all parties in interest in this case.

# # #