**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** TEXAS
SAN ANTONIO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| GANDY, JAMES | § | Case No. 14-53018 |
| GANDY, CORINNE D. | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/04/2014 . The undersigned trustee was appointed on 12/04/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 1,293,322.08

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 255,190.59 |
| Bank service fees | | 10,522.93 |
| Other payments to creditors | | 962,682.40 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 17,083.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 47,843.16 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/07/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 61,537.17 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 57,356.00 as interim compensation and now requests a sum of $ 4,181.17 , for a total compensation of $ 61,537.17 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,920.80 , for total expenses of $ 1,920.80 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/02/2018 By:/s/RANDOLPH N. OSHEROW
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 14-53018 CAG Judge: CRAIG A. GARGOTTA - SAN ANTONIO
Case Name: GANDY, JAMES
GANDY, CORINNE D.
For Period Ending: 01/02/18

Trustee Name: RANDOLPH N. OSHEROW
Date Filed (f) or Converted (c): 12/04/14 (f)
341(a) Meeting Date: 01/29/15
Claims Bar Date: 04/07/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 1,863.61 | 1,863.61 | | 0.00 | FA |
| 2. Wells Fargo checking/savings acct | 0.00 | 0.00 | | 0.00 | FA |
| 3. Guadalupe National Bank | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 4. Household Goods, furnishings, etc. | 11,290.00 | 11,290.00 | | 0.00 | FA |
| 5. Household decor, books, dvds | 2,475.00 | 2,475.00 | | 0.00 | FA |
| 6. Clothing | 650.00 | 650.00 | | 0.00 | FA |
| 7. Misc. Jewelry | 2,900.00 | 2,900.00 | | 0.00 | FA |
| 8. Gym Equipment, 4 bicycles | 1,340.00 | 1,340.00 | | 0.00 | FA |
| 9. New York Life term policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401k-debtor | 94,212.64 | 94,212.64 | | 0.00 | FA |
| 11. Thrift Savings Plan-joint debtor | 81,499.25 | 81,499.25 | | 0.00 | FA |
| 12. 100% owners-Gemini Aviation LLC(dba Dugosh) | 25,000.00 | 32,083.00 | | 32,083.00 | FA |
| 13. Potential Interest in Gandy Engineering, LLC | Unknown | 6,000.00 | | 11,000.00 | FA |
| 14. Gandy Canadian Holdings LLC-100% | 0.00 | 0.00 | | 0.00 | FA |
| 15. Pilots License | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2014 Volkswagen Beetle | 24,500.00 | 24,500.00 | | 0.00 | FA |
| 17. 2014 Volkswagen Golf | 17,215.00 | 17,215.00 | | 0.00 | FA |
| 18. 2013 Flat 500 (driven by daughter) | 15,350.00 | 15,350.00 | | 0.00 | FA |
| 19. Office Supplies | 50.00 | 50.00 | | 0.00 | FA |
| 20. 2 Dogs | 100.00 | 100.00 | | 0.00 | FA |
| 21. note on 205 red oak, ingram tx. | Unknown | 20,000.00 | | 50,000.00 | FA |
| 22. claim against Prem Gandy 108 larry lee kerrville (u) | 0.00 | 925,000.00 | | 925,000.00 | FA |
| 23. REPAYMENT OF TRANSFERRED FUNDS (u) | 0.00 | 175,239.08 | | 175,239.08 | FA |
| 24. INTEREST IN ANY EXISTING ENTITIES// TRANSFERS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 26. SALE OF 1979 MOONEY AIRCRAFT M20K (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $284,945.50 | $1,518,267.58 | | $1,293,322.08 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Huffstickler is cleaning up littigation involving Gandy Engineeering LLC to see if the entity can be sold to a 3rd party; Gandy Engineering LLC has doubtful value December 27, 2016, 10:27 am

4 Report of sales filed 1/10/16

January 10, 2016, 09:34 am Hired David Gragg to investigate transfers see asset #24. Debtors waived discharge. IRS claim is 2.8M; paid IRS approx. 900k.

March 19, 2015, 11:00 am 3 possible assets 1] airplane repair business est. value 15k 2] 115k note

Case No: 14-53018 CAG Judge: CRAIG A. GARGOTTA - SAN ANTONIO
Case Name: GANDY, JAMES
GANDY, CORINNE D.

Trustee Name: RANDOLPH N. OSHEROW
Date Filed (f) or Converted (c): 12/04/14 (f)
341(a) Meeting Date: 01/29/15
Claims Bar Date: 04/07/15

due on mother's death value unknown 3] larry lee property which maybe sold for the benefit of the IRS subject to court appproval. 341 meeting reset for 4/9 at 2pm: UST requested reset 341

January 13, 2015, 11:43 am first 341 meeting set for 1/29/15 / trustee filled out the form 1 from schedules and is investigating assets // 2004 exam set for the day before the 341 meeting // 341 specially set

RE PROP# 13---Gandy Engineering reyurned to the BK estate but LLC has doubtful value

RE PROP# 21---$115,009.00 note against mrs. gandy's mother's homestead due and payable upon the death of mrs. gandy's mother / trustee's value is an estimate Note receivable, secured by real property located at 205 Red Oak, Ingram, Texas. 3% interest payable only upon death of borrower or sale of property

RE PROP# 22---trustee may sell this and pay IRS lien [2.8m] subject to Prem Gandy agreeing to surrender the house and court approving the sale // the IRS lien far exceeds the value of this house, the IRS has agreed for the estae to sell the house subject to court approval

RE PROP# 23---funds transfered to liliane williams [mother of corinne gandy ] prepetition and returned to the bankruptcy estate by liliane williams

RE PROP# 24---POTENTIAL INTEREST IN ANY EXISTING ENTITIES LISTED ON SOFA#18 / hired Pat Huffstickler to set aside prepetition transfers 1] gandy engineering LLC to Prem Gandy 2] Digital Werks ULC canada and Gandy digital ULC canada to Harry and Mona Gandy 4] viper printer and intellectual property to Avalanche systems LLC/ jimmy warner and ryan mitchell matelske of avalanche - paid 12,500 actual value unknown// Per Huffstickler transfer not worth cost to prosecute ;; see asset #13 still working on cleaning up Gandy Engineering LLC and then will market value probably -0-

RE PROP# 26---1979 MOONEY M20K PLANE, REGRISTRATION N23 1AF, SERIAL NO. 25-0064, ENGINES S/N: 1010979

Initial Projected Date of Final Report (TFR): 12/31/16 Current Projected Date of Final Report (TFR): 12/31/17

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit B

Case No: 14-53018 -CAG
Case Name: GANDY, JAMES
GANDY, CORINNE D.
Taxpayer ID No: *******7822
For Period Ending: 01/02/18

Trustee Name: RANDOLPH N. OSHEROW
Bank Name: BOK FINANCIAL
Account Number / CD #: *******2212 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 66,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 04/17/15 | | LILIANE WILLIAMS<br>WELLS FARGO | TRANSFER LITIGATION | 1241-000 | 175,239.08 | | 175,239.08 |
| 04/17/15 | 23 | Asset Sales Memo: | REPAYMENT OF TRANSFERRED FUNDS $175,239.08 | | | | 175,239.08 |
| C 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 126.02 | 175,113.06 |
| C 05/01/15 | 000101 | CLERK, U.S. BANKRUPTCY COURT | Notice of Payment of Filing fee.<br>Doc. 42; 4/30/15 | 2700-000 | | 176.00 | 174,937.06 |
| C 05/05/15 | 000102 | CLERK, U.S. BANKRUPTCY COURT | NOTICE OF PAYMENT;<br>DOC. #14, 05/04/15 | 2700-000 | | 176.00 | 174,761.06 |
| C 05/05/15 | 000103 | CLEAR BLUE WATERS<br>P. O. BOX 437<br>HARPER, TEXAS 78631 | DOC. #45; 05/05/15<br>MONTHLY POOL SERVICE | 2420-000 | | 270.63 | 174,490.43 |
| C 05/05/15 | 000104 | CLEAR BLUE WATERS<br>P.O. BOX 437<br>HARPER, TEXAS 78631 | DOC. #45, 05/05/15<br>REPLACE POLARIS BOOSTER PUMP | 2420-000 | | 540.17 | 173,950.26 |
| C 05/05/15 | 000105 | MARGARET DYE<br>1890 SUMMIT TOP DRIVE<br>KERRVILLE, TX 78028 | INVOICE #217<br>DOC. 45, 05/05/15 | 2700-000 | | 400.00 | 173,550.26 |
| C 05/11/15 | 000106 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Bond #016017995 | 2300-000 | | 109.18 | 173,441.08 |
| C 05/21/15 | | RODGER B. KING | Sale of note 205 Red Oak, Ingram,TX | 1121-000 | 50,000.00 | | 223,441.08 |
| 05/21/15 | 21 | Asset Sales Memo: | note on 205 red oak, ingram tx. $50,000.00 | | | | 223,441.08 |
| C 05/29/15 | | LAW OFFICE OF H. ANTHONY HERVOL<br>IOLTA ACCOUNT | SALE OF 100% GEMINI AVIATION | | 15,000.00 | | 238,441.08 |
| | | ANTHONY H. HERVOL | Memo Amount: 32,083.00<br>sale of 100% GEMINI AVIATION, LLC | 1110-000 | | | |
| 05/29/15 | 12 | Asset Sales Memo: | 100% owners-Gemini Aviation LLC(dba Dugosh) $32,083.00 | | | | |
| | | CORINNE GANDY | Memo Amount: ( 17,083.00 )<br>EXEMPT INTEREST | 8100-000 | | | |
| C 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 288.37 | 238,152.71 |
| C 06/04/15 | 000107 | CLERK, U.S. BANKRUPTCY COURT | PAYMENT PER DOC. #61, 06/03/15<br>$176.00<br>Randy delivered by hand. | 2700-000 | | 176.00 | 237,976.71 |
| C 06/10/15 | 000108 | REBECCA BOLIN, KERR COUNTY CLERK<br>700 MAIN ST., #122<br>KERRVILLE, TX 78028 | TRANSFER OF LIEN FILING FEE<br>$90.00 | 2700-000 | | 90.00 | 237,886.71 |
| C 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 342.16 | 237,544.55 |
| C 07/07/15 | 000109 | REBECCA BOLIN, KERR COUNTY CLERK<br>700 MAIN ST., #122<br>KERRVILLE, TX 78028 | ASSIGNMENT AND BILL OF SALE<br>RECORDING FEE: $90.00 | 2700-000 | | 90.00 | 237,454.55 |
| C 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 352.98 | 237,101.57 |
| C 08/26/15 | 000110 | GARRETT INSURANCE AGENCY, INC.<br>212 SIDNEY BAKER STREET SOUTH<br>KERVILLE, TX 78028 | INSURANCE FOR 108 LARRY LEE DR.<br>KERRVILLE, TX 78028 | 2420-000 | | 2,813.67 | 234,287.90 |
| C 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 352.26 | 233,935.64 |
| C 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 336.48 | 233,599.16 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-53018 -CAG
Case Name: GANDY, JAMES
GANDY, CORINNE D.
Taxpayer ID No: *******7822
For Period Ending: 01/02/18

Trustee Name: RANDOLPH N. OSHEROW
Bank Name: BOK FINANCIAL
Account Number / CD #: *******2212 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 66,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 10/29/15 | | KERRVILLE TITLE COMPANY | SALE OF 108 LARRY LEE DR. | | 49,500.00 | | 283,099.16 |
| | | KERRVILLE TITLE COMPANY | Memo Amount: 925,000.00<br>SALE OF 108 LARRY LEE DR. | 1210-000 | | | |
| 10/29/15 | 22 | Asset Sales Memo: | claim against Prem Gandy 108 larry lee kerrville $925,000.00 | | | | |
| | | KERR COUNTY TAX | Memo Amount: ( 4,556.74 )<br>COUNTY PROPERTY TAXES | 2820-000 | | | |
| | | KERVILLE ISD | Memo Amount: ( 15,363.99 )<br>SCHOOL PROPERTY TAXES | 2820-000 | | | |
| | | REALTY EXECUTIVES KERRVILLE | Memo Amount: ( 27,750.00 )<br>BROKER'S COMMISSION | 3510-000 | | | |
| | | RICHARD C. GILL | Memo Amount: ( 27,750.00 )<br>BROKER'S COMMISSION | 3510-000 | | | |
| | | KERRVILLE TITLE CO. | Memo Amount: ( 250.00 )<br>ESCROW FEE | 2500-000 | | | |
| | | KERRVILLE TITLE COMPANY | Memo Amount: ( 5,446.00 )<br>TITLE INSURANCE | 2500-000 | | | |
| | | KERRVILLE TITLE COMPANY | Memo Amount: ( 20.00 )<br>TAX CERTIFICATES | 2500-000 | | | |
| | | KERR COUNTY TAX ASSESSOR | Memo Amount: ( 7,229.97 )<br>2014 COUNTY TAXES TRHU 11/30/15 | 2820-000 | | | |
| | | KERRVILLE ISD | Memo Amount: ( 19,355.90 )<br>2014 SCHOOL/CITY TAXES - 11/30/15 | 2820-000 | | | |
| | | FIDELITY NATIONAL HOME WARRANTY | Memo Amount: ( 895.00 )<br>HOME WARRANTY | 2500-000 | | | |
| | | INTERNAL REVENUE SERVICE | Memo Amount: ( 766,882.40 )<br>FUNDS TO BE PAID TO IRS | 4300-000 | | | |
| C 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 356.69 | 282,742.47 |
| C 11/20/15 | | AEROtitle | SALE OF MOONEY AIRCRAFT M20K | | 93,800.00 | | 376,542.47 |
| | | THOMAS M. PHELPS | Memo Amount: 100,000.00<br>SALE OF 1979 MOONEY AIRCRAFT | 1229-000 | | | |
| 11/20/15 | 26 | Asset Sales Memo: | SALE OF 1979 MOONEY AIRCRAFT M20K $100,000.00 | | | | |
| | | AEROMAX, USA | Memo Amount: ( 6,000.00 )<br>6% COMMISSION | 3991-000 | | | |
| | | AEROTITLE | Memo Amount: ( 200.00 )<br>CLOSING COSTS- ESCROW FEE | 2500-000 | | | |
| C 11/30/15 | 000111 | RANDOLPH N. OSHEROW<br>342 W. WOODLAWN, SUITE 100<br>SAN ANTONIO, TEXAS 78212-3314 | PAYMENT PER ORDER #106, 11/25/15<br>COMMISSION: $47,356.00 | 2100-000 | | 47,356.00 | 329,186.47 |
| C 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 456.15 | 328,730.32 |
| C 12/29/15 | 000112 | RANDOLPH N. OSHEROW<br>342 W. WOODLAWN, SUITE 100<br>SAN ANTONIO, TEXAS 78212-3314 | PAYMENT PER ORDER #113, 12/23/15<br>506(c) SURCHARGE: $3,000.00 | 2100-000 | | 3,000.00 | 325,730.32 |
| C 12/29/15 | 000113 | INTERNAL REVENUE SERVICE | PAYMENT PER ORDER #113, 12/23/15 | 4700-070 | | 90,800.00 | 234,930.32 |
| C 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 488.59 | 234,441.73 |
| C 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 374.12 | 234,067.61 |
| C 02/08/16 | 000114 | DEPOTEXAS, INC.<br>P. O. Box 4227 | Invoice No. 380372<br>Invoice Date: 1/22/2016 | 3991-000 | | 642.00 | 233,425.61 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-53018 -CAG
Case Name: GANDY, JAMES
GANDY, CORINNE D.
Taxpayer ID No: *******7822
For Period Ending: 01/02/18

Trustee Name: RANDOLPH N. OSHEROW
Bank Name: BOK FINANCIAL
Account Number / CD #: *******2212 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 66,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX 77210-4227 | Job No. 265135 | | | | |
| * C 02/29/16 | 000115 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Bond #016017995<br>Term: 03/01/16 to 03/01/17 | 2300-003 | | 322.36 | 233,103.25 |
| C 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 323.97 | 232,779.28 |
| * C 03/01/16 | 000115 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Bond #016017995<br>WRONG INVOICE SENT. | 2300-003 | | -322.36 | 233,101.64 |
| C 03/01/16 | 000116 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | BOND # 016017995<br>TERM: 03/01/16 TO 03/01/17 | 2300-000 | | 188.04 | 232,913.60 |
| C 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 345.29 | 232,568.31 |
| C 04/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 333.60 | 232,234.71 |
| C 05/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 344.22 | 231,890.49 |
| C 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 332.62 | 231,557.87 |
| C 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 343.22 | 231,214.65 |
| C 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 342.71 | 230,871.94 |
| C 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 331.16 | 230,540.78 |
| C 10/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 341.71 | 230,199.07 |
| C 11/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 330.20 | 229,868.87 |
| C 12/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 340.72 | 229,528.15 |
| C 01/31/17 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 341.14 | 229,187.01 |
| C 02/28/17 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 307.67 | 228,879.34 |
| C 03/11/17 | 000117 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | BOND #016071777<br>TERM: 10/01/16 TO 10/01/17 | 2300-000 | | 72.52 | 228,806.82 |
| C 03/21/17 | | BRYAN HACKNEY | SETTLEMENT AGREEMENT | 1129-000 | 5,000.00 | | 233,806.82 |
| 03/21/17 | 13 | Asset Sales Memo: | Potential Interest in Gandy Engineering, LLC<br>$5,000.00 | | | | 233,806.82 |
| C 03/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 342.25 | 233,464.57 |
| * C 04/03/17 | 000118 | TA Associates | PAYMENT PER DOC. 165, 03/16/17 | 4210-003 | | 5,000.00 | 228,464.57 |
| * C 04/03/17 | 000118 | TA Associates | PAYMENT PER DOC. 165, 03/16/17<br>REVERSED AND REISSUED TO CORRECT THE NAME. | 4210-003 | | -5,000.00 | 233,464.57 |
| C 04/03/17 | 000119 | TA Associates, LP | PAYMENT PER DOC. 165, 03/16/17 | 4210-000 | | 5,000.00 | 228,464.57 |
| C 04/28/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 332.92 | 228,131.65 |
| C 05/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 339.07 | 227,792.58 |
| C 06/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 327.64 | 227,464.94 |
| C 07/28/17 | 000120 | CLERK, U.S. BANKRUPTCY COURT | PAYMENT PER DOC. #169, 7/26/17<br>$181.00 | 2700-000 | | 181.00 | 227,283.94 |
| C 07/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 338.08 | 226,945.86 |
| C 08/30/17 | 000121 | JANET RAKOWITZ<br>11024 MACAWAY, #2<br>ADKINS, TEXAS 78101 | PAYMENT PER DOC. #174, 08/28/17. | 3410-000 | | 1,500.00 | 225,445.86 |
| C 08/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 337.30 | 225,108.56 |
| C 09/01/17 | | TA ASSOCIATES MANAGEMENT CLEARING | SALE OF GANDY ENGINEERING | 1129-000 | 6,000.00 | | 231,108.56 |
| 09/01/17 | 13 | Asset Sales Memo: | Potential Interest in Gandy Engineering, LLC | | | | 231,108.56 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-53018 -CAG
Case Name: GANDY, JAMES
GANDY, CORINNE D.
Taxpayer ID No: *******7822
For Period Ending: 01/02/18

Trustee Name: RANDOLPH N. OSHEROW
Bank Name: BOK FINANCIAL
Account Number / CD #: *******2212 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 66,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | $6,000.00 | | | | |
| C 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 331.07 | 230,777.49 |
| * C 10/06/17 | 000122 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Bond # 016071777<br>Term: 10/01/2017 to 10/01/2017 | 2300-003 | | 162.72 | 230,614.77 |
| * C 10/11/17 | 000122 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Bond # 016071777<br>wrong amount per case. | 2300-003 | | -162.72 | 230,777.49 |
| C 10/11/17 | 000123 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Bond #016071777<br>Term: 10/01/17 to 10/01/17 | 2300-000 | | 164.08 | 230,613.41 |
| C 10/27/17 | 000124 | RANDOLPH N. OSHEROW<br>342 W. WOODLAWN, SUITE 100<br>SAN ANTONIO, TEXAS 78212-3314 | TRUSTEE COMMISSION<br>$7,000.00 | 2100-000 | | 7,000.00 | 223,613.41 |
| C 10/27/17 | 000125 | INTERNAL REVENUE SERVICE | PAYMENT PER DOC. #180, 10/26/17 | 5800-000 | | 100,000.00 | 123,613.41 |
| C 10/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 342.55 | 123,270.86 |
| C 11/01/17 | 000126 | DYKEMA COX SMITH<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205 | ATTORNEY FEES<br>$73,720.00 | 3210-600 | | 73,720.00 | 49,550.86 |
| C 11/01/17 | 000127 | DYKEMA COX SMITH<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205 | ATTORNEY EXPENSES<br>$1,707.70 | 3220-610 | | 1,707.70 | 47,843.16 |

*** Reversed**
**t Funds Transfer**
**C Bank Cleared**

| | |
|---|---|
| Memo Receipts: | 1,057,083.00 |
| Memo Disbursements: | 898,783.00 |
| Memo Allocation Net: | 158,300.00 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| *******2212 | | Balance Forward | 0.00 | | | |
| | 11 | Deposits | 394,539.08 | 30 | Checks | 336,172.99 |
| | 0 | Interest Postings | 0.00 | 31 | Adjustments Out | 10,522.93 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 394,539.08 | | Total | $ 346,695.92 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 394,539.08 | | | |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER



Case Number: 14-53018
Debtor Name: GANDY, JAMES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | CLERK, U.S. BANKRUPTCY COURT | Administrative | | $176.00 | $176.00 | $0.00 |
| 001<br>2700-00 | CLERK, U.S. BANKRUPTCY COURT | Administrative | | $176.00 | $176.00 | $0.00 |
| 999<br>2420-00 | CLEAR BLUE WATERS<br>P. O. BOX 437<br>HARPER, TEXAS 78631 | Administrative | | $270.63 | $270.63 | $0.00 |
| 999<br>2420-00 | CLEAR BLUE WATERS<br>P.O. BOX 437<br>HARPER, TEXAS 78631 | Administrative | | $540.17 | $540.17 | $0.00 |
| 001<br>2700-00 | MARGARET DYE<br>1890 SUMMIT TOP DRIVE<br>KERRVILLE, TX 78028 | Administrative | | $400.00 | $400.00 | $0.00 |
| 001<br>2700-00 | CLERK, U.S. BANKRUPTCY COURT | Administrative | | $176.00 | $176.00 | $0.00 |
| 001<br>2700-00 | REBECCA BOLIN, KERR COUNTY CLERK<br>700 MAIN ST., #122<br>KERRVILLE, TX 78028 | Administrative | | $90.00 | $90.00 | $0.00 |
| 001<br>2700-00 | REBECCA BOLIN, KERR COUNTY CLERK<br>700 MAIN ST., #122<br>KERRVILLE, TX 78028 | Administrative | | $90.00 | $90.00 | $0.00 |
| 999<br>2420-00 | GARRETT INSURANCE AGENCY, INC.<br>212 SIDNEY BAKER SOUTH<br>KERVILLE, TX 78028 | Administrative | | $2,813.67 | $2,813.67 | $0.00 |
| 001<br>2100-00 | RANDOLPH N. OSHEROW<br>342 W. WOODLAWN, SUITE 100<br>SAN ANTONIO, TEXAS 78212-3314 | Administrative | | $47,356.00 | $47,356.00 | $0.00 |
| 001<br>2100-00 | RANDOLPH N. OSHEROW<br>342 W. WOODLAWN, SUITE 100<br>SAN ANTONIO, TEXAS 78212-3314 | Administrative | | $3,000.00 | $3,000.00 | $0.00 |
| 001<br>3991-00 | DEPOTEXAS, INC.<br>P. O. Box 4227<br>Houston, TX 77210-4227 | Administrative | | $642.00 | $642.00 | $0.00 |
| 001<br>2700-00 | CLERK, U.S. BANKRUPTCY COURT | Administrative | | $181.00 | $181.00 | $0.00 |

Case Number: 14-53018
Debtor Name: GANDY, JAMES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | JANET RAKOWITZ<br>11024 MACAWAY, #2<br>ADKINS, TEXAS 78101 | Administrative | | $1,500.00 | $1,500.00 | $0.00 |
| 001<br>2100-00 | RANDOLPH N. OSHEROW<br>342 W. WOODLAWN, SUITE 100<br>SAN ANTONIO, TEXAS 78212-3314 | Administrative | | $7,000.00 | $7,000.00 | $0.00 |
| 001<br>3210-60 | DYKEMA COX SMITH<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205 | Administrative | | $73,720.00 | $73,720.00 | $0.00 |
| 001<br>3220-61 | DYKEMA COX SMITH<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205 | Administrative | | $1,707.70 | $1,707.70 | $0.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $533.82 | $533.82 | $0.00 |
| 050<br>4210-00 | TA Associates, LP | Secured | | $5,000.00 | $5,000.00 | $0.00 |
| 000008<br>050<br>4210-00 | Bank of America, N.A.<br>P.O. Box 940186<br>Simi Valley, CA 93094-0186 | Secured | | $0.00 | $0.00 | $0.00 |
| 000005<br>051<br>5800-00 | INTERNAL REVENUE SERVICE<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Priority | | $2,846,453.45 | $190,800.00 | $2,655,653.45 |
| 000015<br>052<br>5800-00 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin TX 78711-2548<br>(512) 463-2173 | Priority | | $36,532.59 | $0.00 | $36,532.59 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $410.31 | $0.00 | $410.31 |
| 000002<br>070<br>7100-00 | Strasburger & Price, LLP<br>Attorneys At Law<br>2301 Broadway Street<br>San Antonio, TX 78215-1157 | Unsecured | | $7,603.00 | $0.00 | $7,603.00 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER



Case Number: 14-53018
Debtor Name: GANDY, JAMES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003<br>070<br>7100-00 | National Leasing Group, Inc<br>1525 Buffalo Place<br>Winnipeg, MB R3T 1L9 | Unsecured | | $70,542.26 | $0.00 | $70,542.26 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $14,420.15 | $0.00 | $14,420.15 |
| 000006<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $38,825.78 | $0.00 | $38,825.78 |
| 000007<br>070<br>7100-00 | HSBC Bank Canada<br>2910 Virtual Way, 3rd Floor<br>Vancouver, BC, Canada V5M 0B2 | Unsecured | | $306,387.87 | $0.00 | $306,387.87 |
| 000009<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>PO Box 29482<br>Phoenix, AZ 85038-8650 | Unsecured | | $713.18 | $0.00 | $713.18 |
| 000010<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>PO Box 29482<br>Phoenix, AZ 85038-8650 | Unsecured | | $6,679.95 | $0.00 | $6,679.95 |
| 000011<br>070<br>7100-00 | Winston/Brighton (Oakville) Inc.<br>c/o Stonehaven Realty Management<br>2289 Fairview Stree, Suite 206<br>Burlingnton, Ont. Canada L7R 2E3 | Unsecured | | $1,532,928.75 | $0.00 | $1,532,928.75 |
| 000012<br>070<br>7100-00 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $7,347.52 | $0.00 | $7,347.52 |
| 000013<br>070<br>7100-00 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $11,711.55 | $0.00 | $11,711.55 |
| 000014<br>070<br>7100-00 | TA Associates, LP, et al<br>c/o Jeffrey C. Hadden, Esq.<br>John Hancock Tower, 56th Floor<br>200 Clarendon Street<br>Boston, MA 02116 | Unsecured | | $174,182,674.63 | $0.00 | $174,182,674.63 |
| | Case Totals: | | | $179,208,603.98 | $336,172.99 | $178,872,430.99 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-53018
Case Name: GANDY, JAMES
GANDY, CORINNE D.
Trustee Name: RANDOLPH N. OSHEROW

Balance on hand $ 47,843.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | TA Associates, LP | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| 000008 | Bank of America, N.A. | $ 11,273.05 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 47,843.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDOLPH N. OSHEROW | $ 61,537.17 | $ 57,356.00 | $ 4,181.17 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 1,920.80 | $ 0.00 | $ 1,920.80 |
| Accountant for Trustee Fees: JANET RAKOWITZ | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| Charges: MARGARET DYE | $ 400.00 | $ 400.00 | $ 0.00 |
| Other: DYKEMA COX SMITH | $ 73,720.00 | $ 73,720.00 | $ 0.00 |
| Other: DYKEMA COX SMITH | $ 1,707.70 | $ 1,707.70 | $ 0.00 |
| Other: DEPOTEXAS, INC. | $ 642.00 | $ 642.00 | $ 0.00 |
| Other: CLEAR BLUE WATERS | $ 270.63 | $ 270.63 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: CLEAR BLUE WATERS | $ 540.17 | $ 540.17 | $ 0.00 |
| Other: GARRETT INSURANCE AGENCY, INC. | $ 2,813.67 | $ 2,813.67 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 533.82 | $ 533.82 | $ 0.00 |
| Other: REBECCA BOLIN, KERR COUNTY CLERK | $ 90.00 | $ 90.00 | $ 0.00 |
| Other: REBECCA BOLIN, KERR COUNTY CLERK | $ 90.00 | $ 90.00 | $ 0.00 |
| Other: CLERK, U.S. BANKRUPTCY COURT | $ 176.00 | $ 176.00 | $ 0.00 |
| Other: CLERK, U.S. BANKRUPTCY COURT | $ 176.00 | $ 176.00 | $ 0.00 |
| Other: CLERK, U.S. BANKRUPTCY COURT | $ 176.00 | $ 176.00 | $ 0.00 |
| Other: CLERK, U.S. BANKRUPTCY COURT | $ 181.00 | $ 181.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 6,101.97

Remaining Balance $ 41,741.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,882,986.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | INTERNAL REVENUE SERVICE | $ 2,846,453.45 | $ 190,800.00 | $ 41,741.19 |
| 000015 | Comptroller of Public Accounts | $ 36,532.59 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 41,741.19

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 176,180,244.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 410.31 | $ 0.00 | $ 0.00 |
| 000002 | Strasburger & Price, LLP | $ 7,603.00 | $ 0.00 | $ 0.00 |
| 000003 | National Leasing Group, Inc | $ 70,542.26 | $ 0.00 | $ 0.00 |
| 000004 | Capital One Bank (USA), N.A. | $ 14,420.15 | $ 0.00 | $ 0.00 |
| 000006 | American Express Bank, FSB | $ 38,825.78 | $ 0.00 | $ 0.00 |
| 000007 | HSBC Bank Canada | $ 306,387.87 | $ 0.00 | $ 0.00 |
| 000009 | Wells Fargo Bank, N.A. | $ 713.18 | $ 0.00 | $ 0.00 |
| 000010 | Wells Fargo Bank, N.A. | $ 6,679.95 | $ 0.00 | $ 0.00 |
| 000011 | Winston/Brighton (Oakville) Inc. | $ 1,532,928.75 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | USAA FEDERAL SAVINGS BANK | $ 7,347.52 | $ 0.00 | $ 0.00 |
| 000013 | Wells Fargo Card Services | $ 11,711.55 | $ 0.00 | $ 0.00 |
| 000014 | TA Associates, LP, et al | $ 174,182,674.63 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE